IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALBERT BOOTH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | **NO. 11-2687** |

### O R D E R

**AND NOW, TO WIT:** this 20th day of April, 2012, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                                    **MICHAEL E. KUNZ**, Clerk of Court

                                                    S/Rose A. Barber
                                                    Rose A. Barber
                                                    Deputy Clerk

Copies forwarded by ECF to:
Brock Atkins
Patrick G. Geckle